# HealthPlan FREEDOM

Se habla Español

Home | Individuals & Families ▾ | Medicare ▾ | Group ▾ | About Us

**CONTACT US**

# Who We Are & What We Do

Our mission is to help people make informed decisions about insurance products. By educating and providing options with over 60 insurance companies, we can ensure that we are helping protect your family's health and wealth.



Learn More