

Home　　Individuals & Families　　Medicare　　Group　　About Us　　**CONTACT US**



## Stephen Screbnick

Licensed Agents Since 2021



## Madison Reasor

Licensed Agent Since 2022



