

Se habla Español                                                                 Home   Individuals & Families ▾   Medicare ▾   Group ▾   About Us

# Who We Are & What We Do

The Heart of HealthPlan Freedom can be summed up in 3 words: Service, Expertise, and Trust. Our staff of highly trained licensed insurance agents offers expertise in Individual & Family Healthcare Plans, Medicare Advantage, Medicare Supplements, Life Insurance, and supplementary products. Our agents are required to complete routine training programs to maintain an elevated level of expertise to ensure the highest level of quality and professionalism. We have a dedicated team of customer service representatives who are here to assist you with any needs or questions you may have about your existing coverage. Your experience with us as your one-stop shop for all of your insurance needs hinges on the top-notch service you deserve. All clients are created equal, and everybody is treated as a valued client. You can trust us to do what is right for you, the client. We are an independent agency, meaning we represent a multitude of insurance companies. This allows us to shop for you based on your individual specific needs and wants. Our success depends on the trust our clients have in us to provide the highest levels of expertise and service.

Choosing the right insurance plan for you and your family can be complicated and overwhelming. With today's complex insurance arena, we are here to help make sense of it all. As plans change yearly, it is important to know what your needs and options are. Let us help navigate the maze of insurance to safeguard your health and wealth. We take an approach that will ease your mind and take the confusion out of the process. We take you through a consultative approach to find out exactly what your needs are by providing a thorough needs assessment. Through our core values and the key components of service, expertise, and trust, we help our clients protect their health and wealth.



HealthPlan Freedom is powered by Messer Financial Group