**Health Plan Freedom** updated their cover photo.
June 14, 2023 · 🌐



 5

 Like

 Comment