# 336799

| | | |
|---|---|---|
| ↙ | +1 336-799-5949 | Jan 16 |
| ↘ (missed) | +1 336-799-5953 | Jan 15 |
| ↙ | +1 336-799-5947 | Dec 28, 2023 |
| ↙ | +1 336-799-5947 | Dec 27, 2023 |
| ↙ | +1 336-799-5943 | Dec 27, 2023 |
| ↗ | +1 336-799-5953 | Dec 26, 2023 |
| ↗ | +1 336-799-5945 | Dec 26, 2023 |
| ↗ | +1 336-799-5949 | Dec 26, 2023 |
| ↗ | +1 336-799-5946 | Dec 22, 2023 |
| ↗ | +1 336-799-5950 | Dec 22, 2023 |
| ↙ | +1 336-799-5944 | Dec 19, 2023 |

# Search

**336799**

Recents      14 found

| | | |
|---|---|---|
| 📞 | +1 336-799-5947 ✓ | Feb 15 |
| 📞 | +1 336-799-5946 | Jan 29 |
| 📞 | +1 336-799-5946 ✓ | Jan 29 |
| 📞 | +1 336-799-5949 ✓ | Jan 16 |
| 📞 | +1 336-799-5953 ✓ | Jan 15 |
| 📞 | +1 336-799-5947 | Dec 28, 2023 |
| 📞 | +1 336-799-5947 ✓ | Dec 27, 2023 |





## +1 336-799-5947

Add note ✏️

**Number Verified**

   

### Yesterday

**2:46 PM**
Incoming call, 7 mins 8 sec

### Thursday, December 28, 2023

**3:02 PM**
Incoming call, 0 mins 53 sec

### Wednesday, December 27, 2023

**10:59 AM**
Incoming call, 1 min 23 secs

| Add | Share | Block | More |
|---|---|---|---|



# +1 336-799-5949

Add note

**Number Verified**

   

**Tuesday, January 16**

**2:09 PM**
Incoming call, 6 mins 15 sec

**Tuesday, December 26, 2023**

**3:01 PM**
Declined call

| Add | Share | Block | More |